AUSA Stephanie Smith-Burris

# United States District Court

**FILED**
March 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

_____Western District of Texas_____

BY: _____MC_____
DEPUTY

**UNITED STATES OF AMERICA**
v.
**Erminia Maria CABALLERO-Sanabria**
 a.k.a: Maria Herminia CABALLERO-Sanabria

**CRIMINAL COMPLAINT**

CASE NUMBER: **W25-78M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 27, 2025, in the Western District of Texas, defendant Erminia Maria CABALLERO-Sanabria, an alien, was found in the United States in Waco, McLennan County, Texas, after having been previously ordered removed from the United States to Honduras on or about January 13, 2006 at Harlingen, TX and connived or conspired, or took any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such order in violation of Title 8 United States Code, Section 1253(a)(1)(C). I further state that I am a Deportation Officer with U.S. Immigration and Customs Enforcement (ICE), and that this complaint is based on the following facts:

Defendant CABALLERO came to the attention of Deportation Officer Escobedo upon review of aliens with outstanding orders of removal on the ICE Waco Fugitive docket. Defendant CABALLERO's case history shows that on or about January 8, 2013, she was encountered and arrested by U.S. Border Patrol at or near Hidalgo, TX attempting to re-enter the United States after an order of removal. Defendant CABALLERO was issued form I-220B Order of Supervision and instructed to report to San Antonio, TX on February 5, 2013, and to self-deport by July 8, 2013. Defendant CABALLERO reported in person to ICE on multiple occasions as instructed and filed a Stay of Removal twice, both of which were denied. Defendant CABALLERO was given a Warning for Failure to Depart Form I-229(a) and was instructed to self deport by October 20, 2017, or report to ICE for removal to Honduras on that date. Defendant CABALLERO did not depart the United States and was given a new deadline to depart or report for removal of November 17, 2018. On or about November 17, 2018, Defendant CABALLERO failed to depart or report for removal and a pastor reported on her behalf. On or about January 19, 2018, Defendant CABALLERO failed to depart or report for removal and a pastor reported on her behalf a second time.

On or about March 27, 2025, Defendant Erminia Maria CABALLERO-Sanabria, an alien, was found at her known residence of 3405 Live Oak Ave, located in Waco, Texas, within the Western District of Texas during surveillance conducted by ICE Waco Deportation Officers. Defendant CABALLERO was positively identified using Department of Homeland Security photos and biographic information. ICE Deportation Officers approached Defendant CABALLERO to effectuate an arrest and called her by name. At the time of action, Officers were displaying their badges and wearing their issued body armor with placards that state "POLICE", "ERO", and/or "ICE" which clearly identified them as immigration officials. Defendant CABALLERO stopped, looked at the officers, then proceeded to run into her residence and close the door. Previous case documentation shows that Defendant CABALLERO was aware of her removal order and her actions taken were an attempt to prevent or hinder her departure from the United States pursuant to that order.

Defendant CABALLERO's action to connive or conspire, or take any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such order is in violation of Title 8 United States Code, Section 1253(a)(1)(C).

**Continued on the attached sheet and made a part hereof:**  ☐ Yes  ■ No

Patrecia L. Escobedo
Deportation Officer
_____
Signature of Complainant

**Sworn to before me and subscribed in my presence**,

March 27, 2025,                                    Waco, Texas
_____    at    _____
Date                                                        City and State

Derek T. Gilliland
U.S. Magistrate Judge
_____         _____
Name & Title of Judicial Officer                         Signature of Judicial Officer