**FILED**
April 8, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: \_\_\_\_LD\_\_\_\_
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

6:25-CR-00103(1)

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff | I N D I C T M E N T |
| v | [COUNT ONE: 8 U.S.C. 1253(a)(1)(C) – Failure to Depart] |
| (1) ERMINIA MARIA CABALLERO-SANABRIA aka Maria Herminia Caballero-Sanabria | |
| Defendant | |

THE GRAND JURY CHARGES:

On or about March 27, 2025, in the Western District of Texas, the Defendant,

**ERMINIA MARIA CABALLERO-SANABRIA,**
aka Maria Herminia Caballero-Sanabria,

an alien, inadmissible by the law existing, who was deportable, and against whom a final order of removal is outstanding, did connive or conspire, or did take other action, designed to prevent or hamper or with the purpose of preventing or hampering the Defendant's departure pursuant to such order, in violation of Title 8, United States Code, Section 1253(a)(1)(C).

A TRUE BILL

[signature redacted]

FOREPERSON

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

By: *Stephanie Smith-Burris*
STEPHANIE SMITH-BURRIS
Assistant United States Attorney